UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PAUL F. MONDELLO<br><br>　　Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION<br><br>　　Defendant. | Civil Action No. 1:11-CV-00305-JL<br>JURY TRIAL DEMANDED |

### STIPULATION TO SET ASIDE AND RESCIND FORECLOSURE AND FOR DISMISSAL

Plaintiff Paul F. Mondello, by his attorney Peter G. McGrath, Esquire, and Defendant Federal Home Loan Mortgage Corporation ("FHLMC"), by its attorneys, Preti, Flaherty, Beliveau & Pachios, PLLP, respectfully submit the within Stipulation for approval by the Court:

1.　The March 30, 2011 foreclosure sale of the real property of Paul and Amy Mondello, commonly known as 25 Elk Drive, Bedford, New Hampshire, is hereby set aside and the Foreclosure Deed to FHLMC recorded at Book 8329 Page 0392 in the Hillsborough County Registry of Deeds is hereby rescinded.

2.　The mortgage dated March 22, 2005, executed by Paul and Amy Mondello as husband and wife, which Mortgage was recorded on March 28, 2005 with the Hillsborough County, New Hampshire at Book 7430, Page 2407, the note evidencing the indebtedness secured by said mortgage, dated March 22, 2005, and executed by Paul and Amy Mondello, and the deed recorded with the Hillsborough County Registry of Deeds at Book 6186, Page 893 will be restored.

-2-

3. This matter is dismissed with prejudice, with each party to bear their own costs and fees.

                    Respectfully submitted,

                    PAUL F. MONDELLO

                    By his attorneys,

                    MCGRATH LAW FIRM, P.A.

Date: May 22, 2012          */s/ Peter G. McGrath*
                    Peter G. McGrath, NH Bar # 5564
                    Daniel J. Corley
                    20 Montgomery Street
                    Concord, NH 03301
                    (603) 224-7111
                    pmcgrath@mcgrathlawfirm.com
                    dcorley@mcgrathlawfirm.com

                    FEDERAL HOME LOAN
                    MORTGAGE CORPORATION

                    By its attorneys,

                    PRETI, FLAHERTY, BELIVEAU
                    & PACHIOS, PLLP

Date: May 22, 2012          */s/ Peter G. Callaghan*
                    Peter G. Callaghan, NH Bar # 6811
                    P.O. Box 1318
                    Concord, NH 03302-1318
                    (603) 410-1500
                    pcallaghan@preti.com

Stipulation Approved. So Ordered.

Date: 5/23/12

Joseph N. Laplante, United States District Judge

2946398.1